Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Holloway, Jeffrey J<br>Holloway, Carrie J<br>Printed: 02/24/09 | Case Number: 08 B 25982<br>Judge: Wedoff, Eugene R<br>Filed: 9/29/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: December 17, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,072.00 | |
| Secured: | | 969.78 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 68.52 |
| Other Funds: | | 2,033.70 |
| Totals: | 3,072.00 | 3,072.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | WAMU | Secured | 0.00 | 0.00 |
| 2. | Hinsdale Bank & Trust | Secured | 10,500.00 | 405.98 |
| 3. | Hinsdale Bank & Trust | Secured | 7,500.00 | 290.00 |
| 4. | Patelco Credit Union | Secured | 4,500.00 | 273.80 |
| 5. | American Express Centurion | Unsecured | 2,250.25 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 3,176.05 | 0.00 |
| 7. | Hinsdale Bank & Trust | Unsecured | 356.04 | 0.00 |
| 8. | World Financial Network Nat'l | Unsecured | 97.40 | 0.00 |
| 9. | Discover Financial Services | Unsecured | 1,083.87 | 0.00 |
| 10. | Patelco Credit Union | Unsecured | 998.57 | 0.00 |
| 11. | GE Money Bank | Unsecured | 827.43 | 0.00 |
| 12. | American Express Centurion | Unsecured | 5,199.29 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 126.44 | 0.00 |
| 14. | American Express Centurion | Unsecured | 7,362.38 | 0.00 |
| 15. | Hinsdale Bank & Trust | Unsecured | 1,080.11 | 0.00 |
| 16. | Washington Mutual | Secured | | No Claim Filed |
| 17. | American Express | Unsecured | | No Claim Filed |
| 18. | Bank Of America | Unsecured | | No Claim Filed |
| 19. | DSNB | Unsecured | | No Claim Filed |
| 20. | Target | Unsecured | | No Claim Filed |
| 21. | Chase | Unsecured | | No Claim Filed |
| 22. | DSNB | Unsecured | | No Claim Filed |
| 23. | SCA | Unsecured | | No Claim Filed |
| 24. | Nicor Gas | Unsecured | | No Claim Filed |
| 25. | US Bank | Unsecured | | No Claim Filed |
| 26. | Warranty Group | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Holloway, Jeffrey J | Case Number: 08 B 25982 |
| --- | --- | --- |
| | Holloway, Carrie J | Judge: Wedoff, Eugene R |
| | Printed: 02/24/09 | Filed: 9/29/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- | --- |
| 27. | Visa | Unsecured | | No Claim Filed |
| | | | $ 45,057.83 | $ 969.78 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 6.6% | 68.52 |
| | $ 68.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

